UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SA CV 11-1630-DOC(MLGx)                                              Date    February 7, 2012

Title    Ronald Whitworth, et al. -v- Aurora Loan Services LLC, etc., et al.

Present: The Honorable    DAVID O. CARTER, U.S. District Judge

| D. Beard for Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:    (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE FEBRUARY 21, 2012

Counsel are hereby ordered to show cause in writing no later than **February 21, 2012**, why this case should not be dismissed for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of a response.

Counsel is advised that the Court will consider the filing of:

  **- Defendants' answer to complaint or Plaintiffs' Request for Entry of Default**

on or before the date upon which the response is due.

The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                                                    :  00

                                                                            Initials of Preparer    db for jb